Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

Juanicca Wedgeworth
**Plaintiff**
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

Denis McDonough, Secretary, U.S. Department of Veterans Affairs Agency
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)

Case No.: 2:22-CV-266-SGC
(to be filled in by the Clerk's Office)

JURY TRIAL ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint

   A. The Plaintiff
   Name: Juanicca Wedgeworth
   Street Address: P.O. Box 101802
   City and County: Irondale, AL 35210
   State and Zip Code: Alabama 35210
   Telephone Number: 205-725-0418

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
  Name: Denis McDonough, Secretary
  Job or Title: U.S. Dept. of Veterans Affairs / Mary B. Sellers
  Street Address: A Government Agency / Agency Rep
  City and County: 345 Perry Hill Rd.
  State and Zip Code: Montgomery, Al 36109 (Montgomery County)
  Alabama 36109

Defendant No. 2
  Name:
  Job or Title:
  Street Address:
  City and County:
  State and Zip Code:

Defendant No. 3
  Name:
  Job or Title:
  Street Address:
  City and County:
  State and Zip Code:

Defendant No. 4
  Name:
  Job or Title:
  Street Address:
  City and County:
  State and Zip Code:

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5
- Name
- Job or Title
- Street Address
- City and County
- State and Zip Code

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question   ☑ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency: U.S. Department of Veterans Affairs

Address: 345 Perry Hill Rd. Montgomery, AL 36109

### B. If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title I of the Americans with Disabilities Act of 1990. (ADA) Sections 501 & 505 of the Rehabilitation Act of 1973.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

   _____

   _____

   _____

III. **Statement of Claim**

Pro Se General Complaint for a Civil Case (Rev.10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff filed a complaint with EEOC Birmingham District Office, on 12/23/2020 and the agency accepted the claim for investigation: Whether complainant was discriminated against based on disability, when on 9/10/21 she was terminated in her probationary period. Complainant submitted a motion to settle on August 20, 2021. The agency did not settle, and submitted summary judgment w/out a hearing on 8/20/2021. AJ Russ Parker granted a decision in favor to complainant on 2/4/22. The agency filed a final Order on 2/9/22. Case # EEOC: 420-2021-00188X

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks relief from the agency. Plaintiff seeks to change the status in her personnel file to resigned. Plaintiff seeks a letter of Reprimand placed in Chief of Social Work -Tyrinda Hall personnel file & removal from Social Work service, Social Work Supervisor -Carrietta Pitchett-Stoddowth. Plaintiff seeks compensatory damages (the maximum allowed) for undue emotional stress, exacerbating anxiety symptoms, wages lost for said position and for a position that was rescinded at another Veterans Affairs Medical Center.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name  Junicca  Last Name  Wedgeworth
Mailing Address  PO Box 101862
City and State  Irondale, AL  Zip Code  35210
Telephone Number  805-725-0412
E-mail Address  juanicca@gmail.com

Signature of plaintiff  Juanicca Wedgeworth
Date signed  3/1/2022

**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov